IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case no. 9:10-mc-81095 |
| ) | |
| MARLENE GOLDSTEIN, as Personal ) | |
| Representative of the ESTATE OF ) | |
| ARNOLD S. GOLDSTEIN, ) | |
| ) | |
| Respondent. ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America petitions this Court for an order enforcing an Internal Revenue Service ("IRS") administrative summons served on Arnold Goldstein. Because Arnold Goldstein died on or about February 20, 2010, the United States seeks an order against Marlene Goldstein, as Personal Representative of the Estate of Arnold Goldstein. In support, the United States avers as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. The respondent, Marlene Goldstein, is the Personal Representative of the Estate of Arnold Goldstein. *See* Exhibit 1. Marlene Goldstein resides in Delray Beach, Florida, and the Estate of Arnold Goldstein is probated in Palm Beach County, Florida, within the jurisdiction of this Court. Arnold Goldstein died on or about February 20, 2010.

3. Revenue Agent Holly Shields is employed in the Small Business/Self-Employed Division of the Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602, and Treasury Regulation

Section 301.7602-1, 26 C.F.R. § 301.7602B1.

4. Revenue Agent Shields is conducting an investigation to determine whether Arnold Goldstein is liable for penalties under 26 U.S.C. §§ 6700 and 6701 for conduct occurring from January 1, 2004 to the present. These sections of the Internal Revenue Code impose penalties for, among other things, organizing or promoting abusive tax shelters and aiding and abetting the understatement of another person's tax liability. The Declaration of Revenue Agent Shields is attached hereto as Exhibit 2.

5. The respondent, Marlene Goldstein, as Personal Representative of the Estate of Arnold Goldstein, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6. Pursuant to the investigation described in paragraph 4, on April 29, 2009, Revenue Agent Shields issued an IRS summons directing Arnold Goldstein to appear before Revenue Agent Shields on June 11, 2009, at 9:00 a.m., to testify and to produce the books, records, and other documents demanded in the summons. Revenue Agent Shields served an attested copy of the summons on Arnold Goldstein by handing a copy of the summons to Arnold Goldstein on April 29, 2009. The summons is attached hereto as Exhibit 3.

7. Arnold Goldstein failed to appear on June 11, 2009 and, to date, has failed to comply with the summons, as set forth in the Declaration of Revenue Agent Shields.

8. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

10. The testimony, books, papers, records, and/or other data sought by the summons may be relevant to the IRS's investigation to determine whether Arnold Goldstein is liable for penalties under 26 U.S.C. §§ 6700 and 6701 for conduct occurring from January 1, 2004 to the present.

11. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Arnold Goldstein for the years under investigation.

12. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

13. The attached Declaration of Revenue Agent Shields establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent, Marlene Goldstein, as Personal Representative of the Estate of Arnold Goldstein, to show cause in writing, if any, why she should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the respondent, Marlene Goldstein, as Personal Representative of the Estate of Arnold Goldstein, to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Agent Shields, or any other proper

officer or employee of the IRS, at such time and place as may be set by Revenue Agent Shields or any other proper officer or employee of the IRS;

  C. That the United States recover its costs incurred in maintaining this proceeding; and

  D. That the Court grant such other and further relief as the Court deems proper or justice may require.

  Dated: September 15, 2010

            Respectfully submitted,

            WIFREDO A. FERRER
            United States Attorney

            s/ Daniel A. Applegate
            DANIEL A. APPLEGATE
            U.S. Department of Justice, Tax Division
            P. O. Box 7238, Ben Franklin Station
            Washington, D.C. 20044
            Telephone: (202) 353-8180
            Fax: (202) 514-6770
            daniel.a.applegate@usdoj.gov

            Attorneys for Petitioner
            United States of America