**Government Exhibit 1**

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY,
FLORIDA                        PROBATE DIVISION

IN RE: ESTATE OF

ARNOLD S. GOLDSTEIN       File No. 50 2010 CP 002071 XXXX SB
                                  Division

Deceased.

*[Filed stamp: SHARON R. BOCK, CLERK, PALM BEACH COUNTY, FL, SOUTH CTY BRANCH-FILED, '10 MAY 18 PM 12:43]*

### LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, ARNOLD S. GOLDSTEIN, a resident of Palm Beach County, Florida, died on February 20, 2010, owning assets in the State of Florida, and

WHEREAS, Marlene Goldstein has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Marlene Goldstein duly qualified under the laws of the State of Florida to act as personal representative of the estate of ARNOLD S. GOLDSTEIN, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____5/11_____, 2010.

_____
Circuit Judge

/4AP6548

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy as recorded in my office and the same is in full force and effect.
THIS 10 DAY OF August 20 10
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

CFN 20100195941, OR BK 23868 PG 613, RECORDED 05/26/2010 15:03:26
Sharon R. Bock, CLERK & COMPTROLLER, Palm Beach County, NUM OF PAGES 1

TOTAL P.027